OPINION — AG — ** SCHOOLS — LEAVE — PROFESSIONAL MEETINGS ** ONCE A LOCAL SCHOOL BOARD (BOARD OF EDUCATION) HAS DETERMINED THAT A CERTAIN DAY WILL BE USED FOR A PROFESSIONAL MEETING, THE SUPERINTENDENT OF SCHOOLS DOES `NOT' HAVE THE AUTHORITY TO EXCUSE THE TEACHERS OF THE DISTRICT FROM ATTENDANCE AT THAT MEETING. (NON ATTENDANCE TEACHERS) CITE: 70 O.S. 3-104 [70-3-104](2) 70 O.S. 5-102 [70-5-102], 70 O.S. 5-103 [70-5-103], 70 O.S. 5-106 [70-5-106] (KAY HARLEY JACOBS)